IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA　　:

v.　　　　　　　　　　　　　　　:　CRIMINAL NO. 97-359-03

NICHOLAS ALBANESE　　　　　:

## ORDER

AND NOW, this 8th day of July, 2014 upon consideration of the government's motion to dismiss the defendant's motion under 28 U.S.C. § 2255 as untimely, it is hereby

### ORDERED

that the motion is GRANTED. The motion was filed over 12 years and 9 months after the deadline set forth in 28 U.S.C. § 2255 expired, and the defendant is not entitled to equitable tolling, as he faced no impediment in researching or presenting a claim, and also did not exercise reasonable diligence.

BY THE COURT:

_____
The Honorable J. Curtis Joyner
United States District Judge