IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| vs. | : |
| | : NO. 97-359 |
| NICHOLAS ALBANESE | : |

**O R D E R**

AND NOW, this 11th day of June, 2021, upon consideration of Defendant's Pro Se Motion for Compassionate Release/Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. No. 593), the Government's Response in Opposition thereto (Doc. No. 598), Defendant's Response to the Government's Opposition (Doc. No. 612), the Government's Sur-reply (Doc. No. 613), the Defendant's Sur-Sur-Reply (Doc. No. 615), and the Government's Second Surreply (Doc. No. 616) it is hereby ORDERED that the Defendant's Motion for Compassionate Release/Sentence Reduction (Doc. No. 593) is DENIED WITHOUT PREJUDICE for the reasons set forth in the preceding Memorandum Opinion.

BY THE COURT:

S/J. CURTIS JOYNER
_____
J. CURTIS JOYNER, J.